IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| DEBRA E. FISHER | § | |
| v. | § | CIVIL ACTION NO. 5:10cv44 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that action be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration of Plaintiff's "mild" and "moderate" mental impairment limitations and their effect on her RFC. Further, that if it is necessary to require a fresh psychological consultative examination and/or administrative hearing in support of such consideration, the ALJ should order them accordingly. No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court. In light of the foregoing, it is

**ORDERED** that the action is hereby **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) with instructions for further consideration consistent with the findings above. It is further

**ORDERED** that any motion not previously ruled on is **DENIED**.

It is SO ORDERED.

SIGNED this 29th day of January, 2013.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE